[No. 34154-2-III.   Division Three.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JON L. SOUZA, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 15-1-00053-5, Patrick A. Monasmith, J., entered February 26, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 34220-4-III.   Division Three.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER WILLIAM FLOOK, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 15-1-00165-7, Scott D. Gallina, J., entered March 23, 2016. *Reversed* and *remanded* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.

[No. 34374-0-III.   Division Three.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA ELIZABETH KING, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 15-1-01902-9, Michael G. McCarthy, J., entered April 15, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo, J.; Fearing, C.J., concurring separately.